### WAINWRIGHT *v.* MORROW, administrator, *et al.*

HUTCHESON, Justice. 1. An allowance of the statutory year's support to a widow and children, or a widow, or children, is superior to the lien of a judgment for alimony.

2. While a judgment for alimony, payable in monthly installments of money, creating a special lien on land may not be classed as an ordinary debt, being more than such a debt, it is a debt within the meaning of the Civil Code of 1910, §§ 4000, 4041, providing that a year's support to the family of the deceased shall be "preferred over all other debts."

3. In the present case the court erred in decreeing that the lien for alimony of a divorced wife of the deceased was superior to a year's support for his widow and children by a second marriage.

*Judgment reversed. All the Justices concur.*

No. 10183.   JANUARY 18, 1935.

*L. M. Wyatt,* for plaintiff in error.

*Duke Davis, E. T. Moon, Henry Reeves,* and *R. W. Marlin,* contra.